IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES CHARLES TYSON SR., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS D. WATERMAN and DARREL MULLINS, <br><br> Defendants. | No. 4:22-cv-00392-RGE-HCA <br><br> ORDER DISMISSING CASE PURSUANT TO 28 U.S.C. § 1915(g) |

Plaintiff James Charles Tyson Sr. brings this action pursuant to 28 U.S.C. § 1983. ECF No. 1. He alleges Defendants—an Iowa Supreme Court Justice and an Assistant Iowa Attorney General—are denying his request for a restitution plan concerning his state court cases. *Id.* at 3. Tyson also seeks leave to proceed without prepaying fees or costs. ECF No. 2.

"In no event shall a prisoner bring an action or appeal a judgment in a civil action or proceeding [using in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

On at least three occasions, a federal court has dismissed civil actions brought by Tyson as frivolous or otherwise failing to state a claim on which relief may be granted. *See Tyson v. Larson*, No. 1:21-cv-00049-LTS-KEM (N.D. Iowa May 6, 2021) (listing cases dismissed as frivolous and denying Tyson's application to proceed in forma pauperis).

Tyson does not allege he is in imminent risk of harm. Instead, his complaint alleges he is waiting "to receive just compensation for restitution Category B Determination 910.7." ECF

No. 1 at 3. This allegation does not meet the "imminent danger of serious physical injury" standard. Consequently, Tyson's applications to proceed without prepaying fees or costs must be denied.

**IT IS ORDERED** that Plaintiff James Charles Tyson Sr.'s Application to Proceed Without Prepaying Fees or Costs, ECF No. 2, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff James Charles Tyson Sr.'s complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). If Tyson seeks to reassert these claims, he must prepay the $350 filing fee and the $52 administrative fee at the time he files his new action.

**IT IS SO ORDERED**.

Dated this 28th day of November, 2022.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE